UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Dennis P. Glynn


      v.                            Case No. 09-mc-70-JM

Impact Science & Technology, Inc., and
EDO Corp.


      v.


Gloria Jacobson, Respondent


      v.


Saltwhistle Technology, LLC,
Counter Defendant

**O R D E R**

The motion to reconsider (document no. 5) is granted in part
and held in abeyance in part as follows:

a.    The show cause hearing set for January 13, 2010, is

       cancelled;

b.    The court will reconsider the order of December 23,

       2009, after receipt and consideration of Ms. Jacobson's

       response to the motion.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: January 7, 2010

cc:   Garry R. Lane, Esq.
      Karyl Roberts Martin, Esq.
      Ryan S. Spiegel, Esq.
      Sarah M. Hall, Esq.